NAME **MANUEL LOUIS GARCIA**

PRISON IDENTIFICATION/BOOKING NO. **# BL-2473**

**R.J. DONOVAN CORRECTIONAL FACILITY**

ADDRESS OR PLACE OF CONFINEMENT **480 ALTA ROAD**
**SAN DIEGO, CALIFORNIA, 92179**

Note:    It is your responsibility to notify the Clerk of Court in writing of any
change of address. If represented by an attorney, provide his or her
name, address, telephone and facsimile numbers, and e-mail address.



FILED
CLERK, U.S. DISTRICT COURT

APR 30 2021

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Fee Due

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**MANUEL LOUIS GARCIA**

FULL NAME (Include name under which you were convicted )

Petitioner,

v.

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AT**

**R.J. DONOVAN CORRECTIONAL FACILITY**

NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER

Respondent.

CASE NUMBER:

CV **5:21cv774-AB-AS**

To be supplied by the Clerk of the United States District Court

☐ _____ **AMENDED**

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN STATE CUSTODY
### 28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION _____
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number )
CV **5:21-CV-00444-JAK-ADS**
CV _____

### INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge judgments entered by more than one California state court, you must file a separate petition for each court.

3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5. You must include in this petition <u>all</u> the grounds for relief from the conviction and/or sentence that you challenge. You must also state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7. When you have completed the form, send the original and two copies to the following address:

Clerk of the United States District Court for the Central District of California
United States Courthouse
ATTN: Intake/Docket Section
255 East Temple Street, Suite TS-134
Los Angeles, California 90012

PLEASE COMPLETE THE FOLLOWING (*check appropriate number*):

This petition concerns:
1. ☐ a conviction and/or sentence.
2. ☒ prison discipline.
3. ☐ a parole problem.
4. ☒ other. CONDITIONS OF CONFINEMENT

## PETITION

1. Venue
   a. Place of detention   R.J. DONOVAN CORRECTIONAL FACILITY SAN DIEGO, CALIFORNIA
   b. Place of conviction and sentence SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO JOSHUA TREE DISTRICT

2. Conviction on which the petition is based (*a separate petition must be filed for each conviction being attacked*).
   a. Nature of offenses involved (*include all counts*): FIRST DEGREE MURDER USE OF A FIREARM
   b. Penal or other code section or sections: § 187 (a) § 12022.53 (d)
   c. Case number: FMB 1500470
   d. Date of conviction: SEPTEMBER 2019
   e. Date of sentence: SEPTEMBER 2019
   f. Length of sentence on each count: 28 YEARS TO LIFE

   g. Plea (*check one*):
      ☐ Not guilty
      ☒ Guilty
      ☐ Nolo contendere
   h. Kind of trial (*check one*):
      ☐ Jury
      ☒ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?   ☐ Yes ☒ No
   If so, give the following information for your appeal (*and attach a copy of the Court of Appeal decision if available*):
   a. Case number: N/A
   b. Grounds raised (*list each*):
      (1) N/A
      (2) _____

(3) _____
(4) _____
(5) _____
(6) _____

c. Date of decision: _____ N/A _____

d. Result _____ N/A _____

_____

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision?  ☐ Yes  ☒ No

If so, give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

a. Case number: _____ N/A _____

b. Grounds raised *(list each)*:

(1) _____ N/A _____
(2) _____
(3) _____
(4) _____
(5) _____
(6) _____

c. Date of decision: _____ N/A _____

d. Result _____ N/A _____

_____

5. If you did not appeal:

a. State your reasons _____ PLEA DEAL _____

_____
_____
_____
_____

b. Did you seek permission to file a late appeal?  ☐ Yes  ☒ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?

☐ Yes  ☒ No

If so, give the following information for each such petition *(use additional pages, if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court: _____ N/A _____

(2) Case number: _____ N/A _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

    (a) _____N/A_____

    (b) _____

    (c) _____

    (d) _____

    (e) _____

    (f) _____

(5) Date of decision: ____N/A_____

(6) Result ____N/A_____

_____

(7) Was an evidentiary hearing held?  ☐ Yes  ☐ No

b.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____

        (e) _____

        (f) _____

    (5) Date of decision: _____

    (6) Result _____

_____

    (7) Was an evidentiary hearing held?  ☐ Yes  ☐ No

c.  (1) Name of court: _____

    (2) Case number: _____

    (3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

    (4) Grounds raised *(list each)*:

        (a) _____

        (b) _____

        (c) _____

        (d) _____

        (e) _____

        (f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?    ☐ Yes ☐ No

7.  Did you file a petition for certiorari in the United States Supreme Court?    ☐ Yes    ☒ No

If yes, answer the following:

(1) Docket or case number (if you know): _____N/A_____

(2) Result: _____N/A_____

_____

(3) Date of result (if you know): _____N/A_____

(4) Citation to the case (if you know): _____N/A_____

8.  For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the facts supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

CAUTION:    *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present all of your grounds to the California Supreme Court.

a.  Ground one: THE CDCR AT R.J. DONOVAN, AND CDCR HEADQUARTERS IN SACRAMENTO FAILS TO STOP ABUSING PRISON INMATES WITH SERIOUS MENTAL ILLNESS.

(1) Supporting FACTS: I WAS CALLED AS A WITNESS AND I SUBMITTED TO AN INTERVIEW BY THE OFFICE OF INTERNAL AFFAIRS REGARDING MY OBSERVATIONS IN SUPPORT OF CDCR 602 STAFF COMPLAINT # 18480. OFFICER PARSONS ATTEMPTED TO BLAME ME AND MY CELLIE - (CORDERO) - FOR INMATE WILLIAM'S # F-37036, SUICIDE ATTEMPT FOR THE PURPOSE OF COVERING UP OFFICER PARKER'S MISCONDUCT OF BULLYING I/M WILLIAMS. AND OFFICER TAYLOR WAS RETALIATING BY INCITING INMATES AGAINST US. OFFICER F. CAMACHO WAS AWARE THAT I SUBMITTED TO AN INTERVIEW WITH O.I.A BECAUSE HE SIGNED AND DATED THE CDCR. 1858 "RIGHTS AND RESPONSIBILITY STATEMENT" FOR 602 # 18480 ON JULY 9th, 2020. (SEE EVIDENCE EXHIBITS).

(2) Did you raise this claim on direct appeal to the California Court of Appeal?    ☐ Yes    ☒ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?    ☐ Yes    ☒ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?    ☐ Yes    ☒ No

ON FRIDAY, AUGUST 21, 2020 I WAS RETALLIATED ON AND ASSAULTED "3" TIMES WITH PEPPER SPRAY BY FACILITY "C" YARD

b.  Ground two: OFFICERS F. CAMACHO, M. BAILEY, KAKO, GALAVIZ, AND GUTIERREZ. OFFICER F. CAMACHO IS MANUFACTURING A FALSE ALLEGATION OF "BATTERY ON A PEACE OFFICER" TO JUSTIFY UNLAWFUL USE OF FORCE ON

(1) Supporting FACTS: BOTH ME AND MY CELLIE - (RANDY CORDERO).

_____

THIS RETALIATION IS DIRECTLY IN RESPONSE TO BEING A WITNESS AND REPORTING OFFICER MISCONDUCT TO THE OFFICE OF INTERNAL AFFAIRS AND ALSO FOR ASSISTING ANOTHER INMATE (JOHNATHAN LEWIS) WITH CORRESPONDENCE TO ROSEN BIEN GALVAN & GRUNFELD, LLP. OFFICER F. CAMACHO EXPLAINED THAT HE FOUND THE "CORRESPONDENCE" FROM US TO INMATE LEWIS, TEACHING HIM HOW TO UTILIZE A 602 AND HOW TO WRITE TO OUR ATTORNEY TO REPORT OFFICER F. CAMACHO FOR MISCONDUCT. (SEE ATTACHED EVIDENCE EXHIBITS)

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☒ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☒ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☐ Yes  ☒ No

OFFICER F. CAMACHO WAS VISIBLY UPSET WHEN HE USED UNLAWFUL AND UNNECESSARY USE OF FORCE BY PEPPER SPRAYING ME AND RANDY CORDERO

c. Ground three: "3" SEPERATE TIMES WHILE WE WERE LAYING DOWN ON THE GROUND IN THE PRONED POSITION INSIDE OF OUR CELL. WE BOTH HEARD CAMACHO YELL "I DON'T GIVE A FUCK ABOUT YOUR ONE EYE BALL" WHEN HE WAS PEPPER SPRAYING ME. THEN CAMACHO PLACED ME IN HANDCUFFS AND ESCORTED ME TO THE GYM.

(1) Supporting FACTS: WHEN MY CELLIE, CORDERO, WAS TALKING TO OFFICER CAMACHO AT THE CELL DOOR ABOUT WHICH OFFICER DAMAGED CORDERO'S PHOTO ALBUMS, THE TRAY SLOT WAS OPENED UP AND CAMACHO PEPPER SPRAYED CORDERO, AND THEN PEPPER SPRAYED ME, BEFORE GIVING US INSTRUCTIONS TO GET DOWN. CAMACHO KEPT SPRAYING ME SO I TOLD HIM HE DIDN'T HAVE TO SPRAY ME SO MUCH, BECAUSE I ONLY HAVE ONE EYE BALL AND CAMACHO YELLED BACK "I DON'T GIVE A FUCK ABOUT YOUR ONE EYE BALL."

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☒ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☒ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☐ Yes  ☒ No

THE RESPONDING STAFF REFUSED TO "DE-CONTAMINATE" ME/WASH OFF PEPPER SPRAY AND

d. Ground four: THE RESPONDING STAFF OBSTRUCTED MEDICAL AND FAILED TO PROVIDE ME WITH MEDICAL ATTENTION FOR THE PURPOSE OF CONCEALING MISCONDUCT.

(1) Supporting FACTS: AFTER OFFICER CAMACHO ESCORTED ME TO THE GYM TO PUT ME IN A HOLDING CAGE, I ASKED ALL OF THE STAFF FOR DECONTAMINATION TO WASH ALL OF THE PEPPER SPRAY OFF OF MY HEAD, FACE, AND BODY. THEY ALL TOLD ME "NO." THEY LEFT ME TO BURN IN THE CAGE. I WAS HAVING BREATHING PROBLEMS FROM THE PEPPER SPRAY WHILE I WAS STILL SOAKED IN PEPPER SPRAY IN THE CAGE. I TOLD AN ASIAN NURSE, "WE DIDN'T DESERVE THIS SHIT", AS MY COMMENT FOR THE CDCR 7219 THAT HE CONDUCTED ON ME.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☒ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?  ☐ Yes  ☒ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?  ☐ Yes  ☒ No

I WAS FORCED TO RETURN BACK TO A PEPPER SPRAYED SOAKED CELL WITH A BROKEN WINDOW TO SLEEP OVER NIGHT WHEN AT FIRST I WAS

e. Ground five: ARRANGED TO MOVE TO CELL #141 AND THEN MY TROUBLE BREATHING GOT WORSE. OFFICER F. CAMACHO DID NOT WANT TO RE-HOUSE ME TO A CLEAN AND SANITARY CELL. CAMACHO WAS DELIBERATELY INDIFFERENT TO MY HEALTH/SAFETY.

(1) Supporting FACTS: I SPENT THE NIGHT IN THAT PEPPER SPRAYED SOAKED CELL GASPING TO BREATHE. I WENT TO T.T.A. THE NEXT DAY DUE TO BREATHING PROBLEMS AND BECAUSE OF MY LEG (CELLULITIS). WHILE I WAS BEING TREATED IN THE T.T.A., I LEARNED THAT OFFICER CAMACHO DID NOT WANT TO RE-HOUSE ME FROM THE PEPPER SPRAYED SOAKED CELL. A FEMALE CORRECTION OFFICER AT T.T.A. WAS GIGGLING ON THE PHONE WITH CAMACHO. THEN THE T.T.A. SERGEANT APPROACHED ME TO EXPLAIN THAT SINCE CAMACHO DIDN'T WANT TO RE-HOUSE ME AND MY PRE-ARRANGED MOVE TO CELL #141 WAS CANCELLED, THAT I WOULD HAVE TO SPEND THE NIGHT IN THE T.T.A.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?  ☐ Yes  ☒ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☒ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☒ No

9. If any of the grounds listed in paragraph 8 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: I SUBMITTED A CDCR 602 ABOUT THIS INCIDENT OF BEING RETALIATED ON AND ASSAULTED BY OFFICER CAMACHO. AND BECAUSE I'M A PARTICIPANT IN THE MENTAL HEALTH DELIVERY SYSTEMS AT THE EOP LEVEL OF CARE, I REPORTED THIS TO ROSEN BIEN GALVAN & GRUNFELD.

10. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?

☐ Yes ☒ No

If so, give the following information for each such petition *(use additional pages, if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court: _____ N/A _____

(2) Case number: _____ N/A _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____ N/A _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____ N/A _____

(6) Result _____ N/A _____

(7) Was an evidentiary hearing held? ☐ Yes ☐ No

b. (1) Name of court: _____ N/A _____

(2) Case number: _____ N/A _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____ N/A _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____ N/A _____

(6) Result _____ N/A _____

_____

(7) Was an evidentiary hearing held?    ☐ Yes ☐ No

11. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to

this judgment of conviction?    ☒ Yes    ☐ No

If so, give the following information *(and attach a copy of the petition if available)*:

(1) Name of court: SAN BERNARDINO COUNTY SUPERIOR COURT

(2) Case number: (NEW FILING - UNKNOWN)

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: SUNDAY · APRIL 25th, 2021

(4) Grounds raised *(list each)*:

(a) MOTION TO REDUCE RESTITUTION FINES AND FEES

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

12. Are you presently represented by counsel? ( ? ) ☐ Yes ☒ No    ONLY FOR THE COLEMAN AND ARMSTRONG

PLAINTIFF CLASS ACTION BECAUSE I'M

If so, provide name, address and telephone number: AN INMATE / PATIENT AT THE E.O.P. LEVEL OF CARE.

MICHAEL FREEDMAN / JACK GLEIBERMAN -   ROSEN BIEN GALVAN + GRUNFELD, LLP.

OFFICE (415) 433-6830    P.O. BOX 390

FAX (415) 433-7104    SAN FRANCISCO, CALIFORNIA

94104-0390

WHEREFORE, petitioner prays that the Court grant petitioner all relief to which he may be entitled in this proceeding.

_____
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 4·27 — 2021 _____ _____
         *Date*                        *Signature of Petitioner*

MANUEL LOUIS GARCIA

_____

*Petitioner*

CALIFORNIA DEPARTMENT OF CORRECTIONS
AND REHABILITATION AT
R.J. DONOVAN CORRECTIONAL FACILITY

_____

*Respondent(s)*

**DECLARATION IN SUPPORT**
**OF REQUEST**
**TO PROCEED**
*IN FORMA PAUPERIS*

I, MANUEL L. GARCIA _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?  ☐ Yes  ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____ N/A _____

   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. _____

2. Have you received, within the past twelve months, any money from any of the following sources?

   a. Business, profession or form of self-employment?  ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?  ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?  ☐ Yes  ☒ No
   d. Gifts or inheritances?  ☐ Yes  ☒ No
   e. Any other sources?  ☒ Yes  ☐ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: IN APRIL 2021, I RECEIVED A J-PAY FOR $100.00 FROM MY MOM TO BUY BASIC NECESSITIES AT THE PRISON STORE.

3. Do you own any cash, or do you have money in a checking or savings account?  *(Include any funds in prison accounts)*

   ☒ Yes  ☐ No

If the answer is yes, state the total value of the items owned: $10.49

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)*  ☐ Yes  ☒ No

   If the answer is yes, describe the property and state its approximate value:

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  4-27-, 2021
         Date                                    Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $ 10.49 on account to his credit at the R.J. DONOVAN CORRECTIONAL FACILITY institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: N/A

_____            _____
         Date                          Authorized Officer of Institution/Title of Officer

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

§ 2254   HABEAS CORPUS PETITION
EVIDENCE   EXHIBITS

FOR   MANUEL L. GARCIA # BL-2473

- CDCR   602 # RJD-C-20-18480   (July 9th, 2020)
- CDCR   1858 - (RIGHTS AND RESPONSIBILITIES STATEMENT) (July 9th, 2020)
- CDCR   7362 - (AUGUST 10, 2020)
- CDCR   7362 - (AUGUST 10, 2020)
- CDCR   7362 - (AUGUST 11, 2020)
- AFFIDAVIT WITNESS STATEMENT OF MANUEL GARCIA - (AUGUST A, 2020)

EXHIBIT "A"

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL**
CDCR 602 (Rev. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|

RJD-C-20 #18480

*FOR STAFF USE ONLY*

You may appeal any California Department of Corrections and Rehabilitation (CDCR) decision, action, condition, policy or regulation that has a material adverse effect upon your welfare and for which there is no other prescribed method of departmental review/remedy available. See California Code of Regulations (CCR), Title 15, Section 3084.1. You must send this appeal and any supporting documents to the Appeals Coordinator (AC) within 30 calendar days of the event that led to the filing of this appeal. If additional space is needed, *only* one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.        **WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): CORDERO, RANDY | CDC Number: #T-37551 | Unit/Cell Number: R.J. DONOVAN C.15 #217 | Assignment: E.O.P. |
|---|---|---|---|

State briefly the subject of your appeal (Example: damaged TV, job removal, etc.):
STAFF COMPLAINT - CCR 15, 3391(a)   AND   DOM 33030.19

A.  Explain your issue (If you need more space, use Section A of the CDCR 602-A): THIS CDCR 602 ACTS AS
A STAFF COMPLAINT AGAINST %TAYLOR, %PARSONS, AND %PARKER FOR RETALIATION AND
INCITING, IN ADDITION TO BEHAVIOR THAT VIOLATES POLICY AND AN ETHICAL AND PROFESSIONAL
STANDARD. PLUS INCIDENTS OF HARRASSMENT AND BLATANT FAILURES TO FOLLOW RULES IN

B.  Action requested (If you need more space, use Section B of the CDCR 602-A):
1)    INQUIRY & RETALIATION INVESTIGATION,
2)    INTERVIEW ALL NAMED WITNESSES,
3)    REFRAIN FROM RETALIATION AND REPRISALS,

Supporting Documents: Refer to CCR 3084.3.
☒ Yes, I have attached supporting documents.
List supporting documents attached (e.g., CDC 1083, Inmate Property Inventory, CDC 128-G, Classification Chrono):
1)   CDCR 602-A                               3) ROSEN BIEN GALVAN / BEHAVIORAL SCIENCES LETTER — 1 PAGE
2)   MISCELLANEOUS 7362's (9 PAGES)    4) SUFFERING/FEAR — MARCH 20, 2016
                                                   5) CDCR 1858, RIGHTS/RESPONSIBILITY — 1 PAGE

☒ No, I have not attached any supporting documents. Reason:
1)   CDCR 602 #RJD-C-19-07425, RE: %HODGE
2)   CALIF. BOARD OF PSYCHOLOGY RESPONSE/SARAH BEYERS, JOSEPH SLIMOWICZ, 5/8/20
3)   WITNESS AFFIDAVITS FROM I/M AYON, ALVAREZ, MEDINA, MORATAYA & GARCIA #216.

Inmate/Parolee Signature: RANDY CORDERO        Date Submitted: JULY 9th, 2020 THURSDAY.

AC  By placing my initials in this box, I waive my right to receive an interview.

C.  First Level - Staff Use Only        Staff – Check One:  Is CDCR 602-A Attached?  ☐ Yes  ☐ No
This appeal has been:
☐ Bypassed at the First Level of Review.  Go to Section E.
☐ Rejected (See attached letter for instruction)  Date: _____  Date: _____  Date: _____  Date: _____
☐ Cancelled (See attached letter)  Date: _____
☐ Accepted at the First Level of Review.

Assigned to: _____  Title: _____  Date Assigned: _____  Date Due: _____

First Level Responder:  Complete a First Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____  Interview Location: _____

Your appeal issue is:  ☐ Granted  ☐ Granted in Part  ☐ Denied  ☐ Other: _____
See attached letter.  If dissatisfied with First Level response, complete Section D.

Interviewer: _____ (Print Name)  Title: _____  Signature: _____  Date completed: _____

Reviewer: _____ (Print Name)  Title: _____  Signature: _____

Date received by AC: _____

AC Use Only
Date mailed/delivered to appellant ___/___/___

STAFF USE ONLY

**INMATE/PAROLEE APPEAL**

CDCR 602 (Rev. 03/12)                                                                                                                              Side 2

**D. If you are dissatisfied with the First Level response**, explain the reason below, attach supporting documents and submit to the Appeals Coordinator for processing within 30 calendar days of receipt of response.  If you need more space, use Section D of the CDCR 602-A.

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____    Date Submitted : _____

---

**E.  Second Level - Staff Use Only**                                            Staff – Check One?  Is CDCR 602-A Attached?   ☐ Yes   ☐ No

This appeal has been:
☐ By-passed at Second Level of Review.  Go to Section G.
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)
☐ Accepted at the Second Level of Review

Assigned to: _____   Title: _____   Date Assigned: _____   Date Due: _____

Second Level Responder:  Complete a Second Level response.  If an interview at the Second Level is necessary, include interviewer's name and title, interview date and location, and complete the section below.

Date of Interview: _____                      Interview Location: _____

Your appeal issue is:  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____

See attached letter.  If dissatisfied with Second Level response, complete Section F below.

Interviewer: _____   Title: _____   Signature: _____   Date completed : _____
                        (Print Name)

Reviewer: _____   Title: _____   Signature: _____
                        (Print Name)

Date received by AC: _____

| | AC Use Only |
| | Date mailed/delivered to appellant ____/____/ |

---

**F.  If you are dissatisfied with the Second Level response**, explain reason below; attach supporting documents and submit by mail for Third Level Review.  It must be received within 30 calendar days of receipt of prior response.  Mail to: Chief, Inmate Appeals Branch, Department of Corrections and Rehabilitation, P.O. Box 942883, Sacramento, CA 94283-0001.  If you need more space, use Section F of the CDCR 602-A.

R.J. DONOVAN'S OFFICE OF GRIEVANCES FAILED TO PROVIDE ME WITH COPIES OF THIS APPEAL RESPONSE IN A TIMELY MANNER, PER 15, CCR § 3483 (j).  THE ATTACHMENT E4 MEMORANDUM DATED: SEPTEMBER 17, 2020, 2020 FOR APPEAL #18480 WAS DELIVERED TO ME YESTERDAY, SUNDAY, NOVEMBER 8, 2020 @ 9:50 AM BY SECOND WATCH ASU SGT. JONES BUT THE (602 AND 602-A WAS NOT ATTACHED WITH IT. THEN TODAY, MONDAY, NOVEMBER 9, 2020

Inmate/Parolee Signature: _____    Date Submitted: NOVEMBER 9, 2020

---

**G.  Third Level - Staff Use Only**

This appeal has been:
☐ Rejected (See attached letter for instruction) Date: _____   Date: _____   Date: _____   Date: _____
☐ Cancelled (See attached letter)   Date: _____
☐ Accepted at the Third Level of Review.  Your appeal issue is  ☐ Granted   ☐ Granted in Part   ☐ Denied   ☐ Other: _____
         See attached Third Level response.

| | Third Level Use Only |
| | Date mailed/delivered to appellant ____/____/ |

---

**H.  Request to Withdraw Appeal:**  I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.)

_____

_____

_____

_____

Inmate/Parolee Signature: _____                      Date: _____

Print Staff Name: _____   Title: _____   Signature: _____   Date: _____

STATE OF CALIFORNIA
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A   (REV. 03/12)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 1

| IAB USE ONLY | Institution/Parole Region: | Log #: | Category: |
|---|---|---|---|

FOR STAFF USE ONLY

Attach this form to the CDCR 602, only if more space is needed.  Only one CDCR 602-A may be used.
**Appeal is subject to rejection if one row of text per line is exceeded.    WRITE, PRINT, or TYPE CLEARLY in black or blue ink.**

| Name (Last, First): CORDERO, RANDY | CDC Number: F-37551 | Unit/Cell Number: R.J.D. C.15 # 217 | Assignment: E.O.P. |
|---|---|---|---|

**A. Continuation of CDCR 602, Section A only (Explain your issue):** ACCORDANCE WITH DOM §33030.19.
TODAY, SEVERAL INMATES APPROACHED ME AND MY CELLIE GARCIA #BL-2473, TO ADVISE US
THAT C/O TAYLOR HAS BEEN PULLING INMATES FROM THIER CELLS TO INSTRUCT THEM NOT TO
INTERACT OR ASSOCIATE WITH US FOR LAST WEEKS INCIDENT WHEN I CONFRONTED C/O PARSONS ABOUT
ATTEMPTING TO BLAME ME AND MY CELLIE FOR I/M WILLIAM'S #F-37036 SUICIDE ATTEMPT BY
FALSLY ALLEGING GIVING WILLIAMS HIS OWN MEDICATION OF THORZENE TO OVER-DOSE ON, FOR
THE PURPOSE OF COVERING UP FOR C/O PARKER'S MISCONDUCT. (SEE 7362, 7/3/2020) THEN ON
6/29/20 WHEN MY CELLIE AND I CONFRONTED C/O PARSONS WITH THE TRUTH THAT C/O PARKER HAD
VERBALLY INSULTED I/M WILLIAMS OVER THE P/A SYSTEM AND I/M WILLIAMS WANTED TO COMMIT
SUICIDE SPECIFICALLY BECAUSE OF C/O PARKER, C/O PARSONS BECAME EXTREMELY NERVOUS.
THIS CONFRONTATION RESULTED IN C/O PARSONS REHOUSING WILLIAM'S CELLIE (I/M MEDINA) FROM
#218 TO #239 ADVERSELY, AND HOUSING AYON, J. #AN-2715 AND ALVAREZ, G.#BL-7759
TO #218. C/O TAYLOR OVERHEARD US DISCUSSING C/O PARKER'S MISCONDUCT TO AYON & ALVAREZ
THAT LED TO WILLIAM'S SUICIDE ATTEMPT AND C/O PARKER INSTRUCTING I/M MEDINA TO THROW ALL
OF WILLIAM'S PROPERTY AWAY BECAUSE WILLIAMS SUPPOSIDLY DIED, THEN C/O TAYLOR ANNOUNCED
A THREAT ON THE P/A TO HIT OUR CELL AND GIVE OUR PROPERTY TO HIS INFORMANT/
PORTER, I/M RODRIGUEZ #J.44088 OF C15 #112.  C/O TAYLOR HAS ATTEMPTED TO
MANIPULATE AND INCITE VIOLENCE AGAINST ME BEFORE (SEE 7362, 2/1/2020). THIS LED TO
I/M MOTTA #F-69845 LOCKING-UP DUE TO SAFETY CONCERNS FROM STAFF.

Inmate/Parolee Signature: _Randy Cordero_     Date Submitted: JULY 9, 2020
·THURSDAY·

**B. Continuation of CDCR 602, Section B only (Action requested):**

4) INTERVIEW AND INVESTIGATE ALL MENTAL HEALTH CLASSIFICATION NOTES,
5) REVIEW ALL 9 MISCELLANEOUS CDCR 7362's, LETTER FROM ROSEN
BIEN GALVAN & GRUNFELD DATED MARCH 6, 2020,
6) MY SUFFERING / FEAR EXHIBIT LETTER DATED MARCH 20, 2016,
7) INVESTIGATE LETTER MAILED TO RJD WARDENS M. POLLARD & R. BUCKEL
ON THURSDAY, JULY 2ND, 2020,
8) UPHOLD MY DUE PROCESS RIGHTS & PROTECTIONS UNDER THE STATE
AND FEDERAL CONSTITUTION,
9) ENFORCE DOM PENALTIES IN ACCORDANCE WITH §33030.19, AND
10) STAFF TO REFRAIN FROM ASKING BOTH ME & MY CELLIE TO CHANGE
OUR STORY ABOUT THE MISCONDUCT & MANIPULATING INMATES.

Inmate/Parolee Signature: _Randy Cordero_     Date Submitted: JULY 9th, 2020
·THURSDAY·

STAFF USE ONLY

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS AND REHABILITATION
**INMATE/PAROLEE APPEAL FORM ATTACHMENT**
CDCR 602-A   (REV. 03/12)                                                                                                          Side 2

D.  Continuation of CDCR 602, Section D only (Dissatisfied with First Level response): _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Inmate/Parolee Signature: _____          Date Submitted: _____

F.  Continuation of CDCR 602, Section F only (Dissatisfied with Second Level response): @ 2:55 PM C/O E. MOREL DELIVERED
THIS COPY OF THE 602 AND 602-A TO ME SO THAT I CAN SUBMIT THIS APPEAL TO THE THIRD LEVEL.
I AM DISSATISFIED WITH THIS INSTITUTIONAL LEVEL RESPONSE THAT THERE WAS NO VIOLATION OF CDCR
POLICY, BECAUSE MY DESCRIPTION OF THE CIRCUMSTANCES DESCRIBED IN THIS APPEAL, SUPPORTED
BY DOCUMENTS AND INTERVIEWS OF WITNESSES, SUPPORTS MY OBSERVATIONS AND MY
CLAIMS OF MISCONDUCT.    ADDITIONALLY,   ACTION REQUESTED # 3.- (LF SECTION B) - OF
THIS APPEAL "REFRAIN FROM RETALIATIONS AND REPRISALS" WAS NOT GRANTED BECAUSE
ON FRIDAY, AUGUST 21, 2020, I WAS RETALIATED ON AND ASSAULTED THREE TIMES
WITH PEPPER SPRAY BY HOUSING UNIT 15'S CORRECTIONAL OFFICER F. CAMACHO SPECIFICALLY
FOR MY REPORTING OF THIS MISCONDUCT TO THE LAW OFFICES OF ROSEN BIEN GALVAN &
GRUNFELD, LLP. AND FOR ASSISTING ANOTHER INMATE WITH CORRESPONDENCE TO THE LAW
OFFICES OF ROSEN BIEN GALVAN & GRUNFELD, LLP. THE INVESTIGATION OF THE UNLAWFUL USE OF FORCE THAT
HAS RESULTED FROM THIS COMPLAINT - (#/8480) - HAS LED TO A CURRENT INVESTIGATION BY THE OFFICE
OF INTERNAL AFFAIRS IN GRIEVANCE LOG # 33342, REGARDING THE FRIDAY, AUGUST 21, 2020
RETALIATION AND ASSAULT ON ME FOR ME REPORTING STAFF MISCONDUCT. SINCE I AM
AUTOMATICALLY A PLAINTIFF IN THE COLEMAN CLASS ACTION, C.15'S OFFICERS TAYLOR, PARSONS,
PARKER, AND F. CAMACHO VIOLATED THE COLEMAN/ARMSTRONG AGREEMENT.

Inmate/Parolee Signature: _____          Date Submitted: NOVEMBER 9, 2020

-MONDAY-

STATE OF CALIFORNIA
**RIGHTS AND RESPONSIBILITY STATEMENT**
CDCR 1858 (Rev. 10/08)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

# RIGHTS AND RESPONSIBILITY STATEMENT

*The California Department of Corrections and Rehabilitation has added departmental language (shown inside brackets, in non-boldface type) for clarification purposes.*

**Pursuant to Penal Code 148.6, anyone wishing to file an allegation of misconduct by a departmental peace officer must read, sign and submit the following statement:**

YOU HAVE THE RIGHT TO MAKE A COMPLAINT AGAINST A POLICE OFFICER [this includes a departmental peace officer] FOR ANY IMPROPER POLICE [or peace] OFFICER CONDUCT. CALIFORNIA LAW REQUIRES THIS AGENCY TO HAVE A PROCEDURE TO INVESTIGATE CITIZENS' [or inmates'/parolees'] COMPLAINTS. YOU HAVE A RIGHT TO A WRITTEN DESCRIPTION OF THIS PROCEDURE. THIS AGENCY MAY FIND AFTER INVESTIGATION THAT THERE IS NOT ENOUGH EVIDENCE TO WARRANT ACTION ON YOUR COMPLAINT; EVEN IF THAT IS THE CASE, YOU HAVE THE RIGHT TO MAKE THE COMPLAINT AND HAVE IT INVESTIGATED IF YOU BELIEVE AN OFFICER BEHAVED IMPROPERLY. CITIZEN [or inmate/parolee] COMPLAINTS AND ANY REPORTS OR FINDINGS RELATING TO COMPLAINTS MUST BE RETAINED BY THIS AGENCY FOR AT LEAST FIVE YEARS.

| COMPLAINANT'S PRINTED NAME | COMPLAINANT'S SIGNATURE | DATE SIGNED |
|---|---|---|
| CORDERO, RANDY | RANDY CORDERO | July 9, 1976  2020 |
| INMATE/PAROLEE PRINTED NAME | INMATE/PAROLEE'S SIGNATURE | CDC NUMBER / DATE SIGNED |
| GARCIA, MANUEL | | # BL-2473   July 9, 2020 |
| RECEIVING STAFF'S PRINTED NAME | RECEIVING STAFF'S SIGNATURE | DATE SIGNED |
| F. GAMACHO | | 07-09-20 |

WITNESS

DISTRIBUTION:
ORIGINAL -
Public - Institution Head/Parole Administrator
Inmate/Parolee - Attach to CDC form 602
Employee - Institution Head/Parole Administrator
COPY - Complainant

PAGE 1 OF 5

**Attachment**

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION
Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☒    DENTAL ☐    MEDICATION REFILL ☐

NAME: Garcia Manuel

CDCR NUMBER: BL2473

HOUSING: C·15·27 Low

PATIENT SIGNATURE

DATE: 8·10·2020

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) An inmate told me & my cellie were approached by an officer that if anybody accotiated with us that they would toss up their cells and take their apliences when they hit their cell. It's reteleifion

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

Casse we, me & my cellie wrote them up for enciting problems for me and my cellie. I would like for Someone to write them up couse thats misconduct.

Attachment

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

TO : E.O.P. CLINICIAN MS. CABANDON

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☒ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME CORDERO, RANDY | CDCR NUMBER # T-37551 | HOUSING R.J. DONOVAN C-15 #217 E.O.P. |
|---|---|---|

PATIENT SIGNATURE _Randy Cordero_    DATE SUNDAY July 12th 2020

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) MS. CABANDON ~ I KNOW THAT LAST FRIDAY I AGREED TO CONTINUE MY ONE-ON-ONE THERAPY SESSIONS WITH YOU AT YOUR OFFICE IN THE CCCMS TRAILER - (BUT I'M SPOOKED), SO LONG AS MY CELLIE GOES WITH ME AT THE SAME TIME TO SEE HIS CLINICIAN, BUT I'M STILL HAVING TRUST ISSUES BECAUSE OF SOMETHING YOU SAID TO ME ON FRIDAY. ① I DON'T WANT YOU, OR ANY STAFF MEMBER TO MANUFACTURE ANY FALSE ALLEGATIONS THAT I WOULD PUNCH ANYBODY , EITHER BY CUSTODY OR

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

---

MENTAL HEALTH STAFF. I DON'T NEED TO BE FALSLY ACCUSED AGAIN OF ASSAULTING ANYONE. I'VE ALREADY BEEN THRU THAT AND I DON'T WANT TO GO THRU THAT SHIT AGAIN! SO BEFORE I AGREE TO CONTINUE MY THERAPY SESSIONS WITH YOU, YOU HAVE TO WORK WITH ME ON THIS TRUST ISSUE STUFF. ② IN ADDITION TO LAST FRIDAY, ABOUT A WEEK BEFORE THAT WHEN

YOU CHECKED UP ON ME AT MY CELL, YOU INDICATED I WAS REFUSING MENTAL HEALTH TREATMENT WHEN I SAID I DIDN'T WANT TO TALK TO YOU ... I WASN'T REFUSING ANY MENTAL HEALTH TREATMENT ; I WAS JUST REFUSING TO TALK TO YOU. I FEAR OF MY STATEMENTS BEING TWISTED AND MANIPULATED AND BEING "SET-UP" AGAIN BECAUSE OF THE RECENT STAFF COMPLAINTS THAT I'VE FILED AGAINST DR. J. SLIMOWICZ AND DR. S. BEYERS, AND C/O PARSONS, FOR MANUFACTURING FALSE ALLEGATIONS AND PUTTING WORDS IN MY MOUTH THAT I DIDN'T SAY. AGAIN, YOU'RE GONNA' HAVE TO EARN MY TRUST BECAUSE WHAT SLIMOWICZ, BEYERS, LT. KEN SPENCE-(2018)- AND MY PSYCHO EX-GIRLFRIENDS DID TO ME, I'M NOT TRUSTING ANYBODY RIGHT NOW. ③ BESIDES, ANOTHER INMATE JUST DIED AFTER YOU WENT HOME ON FRIDAY, AND IT'S ALL OVER THE NEWS ... I DON'T KNOW IF A CORRECTION OFFICER KILLED ANOTHER INMATE AGAIN OR NOT, BUT I'VE SEEN THIS HAPPEN ALOT, SO I DON'T FEEL SAFE-

RECEIVED
HCCAP
OCT 23 2020

Attachment

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:     MEDICAL ☐     MENTAL HEALTH ☒     DENTAL ☐     MEDICATION REFILL ☐

NAME CORDERO, RANDY

CDCR NUMBER #T-37551

HOUSING R.J. DONOVAN C-15 # 217 EOP

PATIENT SIGNATURE *Randy Cordero*

DATE MONDAY - AUGUST 10th 2020

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) TODAY ON MONDAY, AUGUST 10, 2020, @ 1030 AM, SEVERAL MORE INMATES APPROACHED MY CELLIE - (GARCIA) - TO WARN HIM THAT OFFICERS PARKER, TAYLOR, AND PARSONS WERE RECENTLY APPROACHING THEM WITH THREATS TO SEARCH AND TEAR-UP THIER CELLS IF THEY ASSOCIATE WITH US. THEY WENT ON TO EXPLAIN TO MY CELLIE THAT THESE 3 OFFICERS ARE "PIST OFF" AND "HOLDING A GRUDGE" AGAINST BOTH ME AND MY CELLIE FOR OUR REPORTING TO OUR MENTAL HEALTH CLINICIANS OF THIER RECENT MISCONDUCT.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

-(PARKER CAUSING INMATES TO COMMIT SUICIDE, PARSONS TRYING TO BLAME US FOR I/m WILLIAM'S SUICIDE ATTEMPT SO PARKER DOESN'T GET INTROUBLE, AND TAYLOR ANNOUNCING ON THE P/A A THREAT TO CONFISCATE OUR PROPERTY AND GIVE IT TO HIS PORTERS) -     AND THESE INMATES TOLD MY CELLIE THAT THE ONLY WAY THESE OFFICERS FOUND OUT THEY ASSOCIATE WITH US IS BECAUSE OF THE

PORTERS "FIELDS" AND "RODRIGUEZ" TOLD THEM.
     THIS RETALIATORY ACTION AMOUNTS TO "INCITING" AND THIS IS STARTING TO MAKE ME FEEL UNCOMFORTABLE AGAIN AND AMPLIFY MY FEAR. I DID WAKE UP EARLY AND I HAD PLANS TO GO WITH MY CELLIE TO THE TREATMENT CENTER TODAY TO MEET WITH MY CLINICIAN FOR MY ONE-ON-ONE THERAPY SESSION BECAUSE I THOUGHT

THAT THINGS HAD DIED DOWN WITH THESE INSTIGATING AND INCITING OFFICERS, BUT NOW THAT TODAY WE FIND OUT THAT THESE OFFICERS ARE STILL APPROACHING INMATES AND INCITING THEM AGAINST US, I DON'T FEEL SAFE GOING TO MY THERAPY SESSIONS.

RECEIVED
HCCAP
OCT 2 3 2020
PAGE 3 OF 5

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Page 2 of 2

*Attachment*

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

REQUEST FOR:    MEDICAL ☐    MENTAL HEALTH ☒    DENTAL ☐    MEDICATION REFILL ☐

NAME    CORDERO, RANDY    CDCR NUMBER # T-37551    HOUSING RJ-DONOVAN C-15 # 217 EOP

PATIENT SIGNATURE    *Randy Cordero*    DATE -TUESDAY- AUGUST 11th 2020

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) MY SUBSTITUTE CLINICIAN, MS. CABANDON, FAILED TO ADDRESS WITH ME THE "3" DUPLICATE 7362's DATED JULY 12th 2020 AND SHE ASKED ME TO STOP SUBMITTING 7362 SICK CALL SLIPS FOR MENTAL HEALTH. I BELIEVE CABANDON WHEN SHE OPINIONED TO ME THAT I AM A PAIN IN THE ASS, AND THAT EVERYONE IS A PAIN IN THE ASS. ON SEVERAL OCCASIONS, DURING

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

---

OUR INITIAL MEETINGS WHEN SHE CONDUCTED ONE-ON-ONE THERAPY SESSIONS WITH ME AT OUR EMPTY DAYROOM, SHE DEFENDED CSW-DAWSON'S ACTION TO SIT AT THE TABLE NEXT TO US, OR AT THE TABLE DIRECTLY BEHIND US. I WOULD OFTEN SEE DAWSON AT THE TABLE WITH CABANDON

ON MY WAY TO MEET WITH THIS SUBSTITUTE CLINICIAN. AND THEN AFTER OUR SESSION, I WOULD SEE DAWSON QUICKLY RETURN BACK TO THE TABLE TO MEET WITH CABANDON AS SOON AS I LEFT. I DID EXPLAIN THIS TO BE SUSPICIOUS TO CABANDON BECAUSE OF THE RECENT COMPLAINT FILED AGAINST DAWSON. BECAUSE OF

THIS, THIS ADDS TO MY DISTRUST FOR MY SUBSTITUTE CLINICIAN, CABANDON. I FEAR THAT CABANDON MAY MANUFACTURE FALSE ALLEGATIONS AGAINST ME BECAUSE SHE TWISTS AND MANIPULATES MY STATEMENTS. PLEASE REFER TO 7362's DATED JULY 12, 2020.

RECEIVED
HCCAB
OCT 23 2020

PAGE 4 OF 5

STATE OF CALIFORNIA
**HEALTH CARE SERVICES REQUEST FORM**
CDCR 7362 (Rev. 03/19)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Attachment

Page 2 of 2

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this is an urgent/emergent health care need, contact the correctional officer on duty. |

| REQUEST FOR: | MEDICAL ☐ | MENTAL HEALTH ☒ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

NAME
CORDERO, RANDY

CDCR NUMBER
# T-37551

HOUSING R.J. DONOVAN
C-15 # 217  # E.O.P.

PATIENT SIGNATURE
Randy Cordero

DATE THURSDAY
JULY 2ND, 2020

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe your health problem and how long you have had the problem) MY SUBSTITUTE CLINICIAN, MS. CABANDON, FAILS TO HELP ME WITH MY FEAR CONCERNS AND DOES NOT ALLOW ME TO TALK ABOUT MY MENTAL AND EMOTIONAL DISTRESSES. FOR THE PAST TWO WEEKS I'VE TOLD HER ABOUT INCIDENTS OF STAFF MISCONDUCT AND SHE'S TAKEN NO ACTION. MONDAY THE 29th, TUESDAY THE 30th, AND JULY THE 1ST SHE VISITED THE BUILDING TO TELL ME SHE'S DELAYING/POSTPONING OUR ONE-ON-ONE SESSIONS. WHEN I ASKED

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

---

MS. CABANDON IF SHE CAN NOTIFY THE EOP MENTAL HEALTH SUPERVISOR 2 ON WEDNESDAY, JULY 1ST 2020, MS. CABANDON THEN WALKED DIRECTLY TO HER PATIENT'S CELL, INFORMANT I/M RODRIGUEZ #J-44088, C-15 #112 TO CONSULT WITH I/M RODRIGUEZ ABOUT THE REASON FOR MY REQUEST TO SPEAK WITH THE EOP SUPERVISOR 2. C/O PARSONS ATTEMPTED TO BLAME

BOTH ME AND MY CELLIE FOR I/M WILLIAM'S #F-37036 SUICIDE ATTEMPT WITH A FALSE ALLEGATION OF GIVING WILLIAMS HIS OWN MEDICATION OF THORZENE TO OVER-DOSE ON, TO COVER HIS COWORKER C/O PARKER FOR MISCONDUCT. ON 6/29 WHEN MY CELLIE AND I CONFRONTED C/O PARSONS WITH THE TRUTH THAT C/O PARKER VERBALLY INSULTED I/M WILLIAMS OVER THE P/A SYSTEM AND THAT WILLIAMS TOLD US HE WAS GOING TO COMMIT SUICIDE BECAUSE OF C/O PARKER, C/O PARSONS THEN BECAME NERVOUS. ON 6/30 MY CELLIE AND I ATTEMPTED TO REPORT THE MISCONDUCT TO DR. H. WILSON, BUT SHE IGNORED US AND REFUSED TO TAKE ANY ACTION. IT'S NO SECRET THAT TOO MANY MENTAL HEALTH CLINICIANS ARE "OVER-FAMILIAR" WITH CORRECTIONAL STAFF AND THEY MAKE EFFORTS TO AVOID REPORTING STAFF MISCONDUCT. MY PTSD & DEPRESSION IS CAUSED BY PHYSICALLY ABUSIVE AND OPPRESSIVE LAW ENFORCEMENT. THE MENTAL HEALTH CARE HERE IN THE CDCR IS INADEQUATE TO TREAT MY PTSD & MAJOR DEPRESSION. IT SHOULD BE NOTED THAT "TWO" STAFF MEMBERS ADVISED ME CSW DAWSON IS PERSONAL FRIENDS WITH C/O PARSONS.

RECEIVED
HCCAP
JUL 9 2020

FOR THE PAST TWO MONTHS SINCE I'VE TOLD MS. CABANDON OF MY FEAR CONCERNS OF BEING SET UP "AGAIN" BY CORRECTIONAL STAFF AND THAT I DIDN'T EAT ANY MEALS FOR THE ENTIRE DAYS OF TUESDAY THE 30th AND WEDNESDAY THE 1ST, BUT CABANDON FAILED TO HELP ME. THEN ON WEDNESDAY NITE, C/O TAYLOR THREATENED TO HIT OUR CELL AND GIVE OUR PROPERTY TO HIS INFORMANT/PORTER, I/M RODRIGUEZ #J-44088, C15 #112, WHO KEEPS SAYING HE'S BEEN E.O.P. FOR "10 YEARS" BECAUSE HE PLAYS THE SYSTEM.

# AFFIDAVIT  WITNESS STATEMENT

# IN SUPPORT OF RANDY CORDERO

Today when I was walking back from making a phone call to my mom, it was around 10:45am. And I saw corderos' substitute clinician Cabandon finished with talking one-on-one with some inmate on C-section. Well, I saw Cabandon walk to my direction on A-section and Dawson stopped Cabandon to talk to her. Dawson got all loud and she was aggresively confronting Cabandon like she was pumping her up against an inmate. Dawson tells Cabandon all loud with a ghetto attitude, "So what, he runs you now?!" And it was in the dayroom infront of other inmates and officers. So I thought I'd tell Cordero Because I know that miss Dawson has been making problems for him.

DATE: 8·29·20                    /s/ _____

MANUEL GARCIA #BL-2473
R·J· DONOVAN STATE PRISON
480 ALTA ROAD
SAN DIEGO, CALIFORNIA
92179

CC: CALIFORNIA BOARD OF PSYCHOLOGY/
BOARD OF BEHAVIORAL SCIENCE.

PAGE 5 OF 5



MANUEL L. GARCIA # BL-2473
R.J. DONOVAN. (Bldg #14/1)
480 ALTA ROAD
SAN DIEGO, CALIFORNIA, 92179

SAN DIEGO P&DC 92199
WED 28 APR 2021 PM

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 30 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES COURTHOUSE

ATTN : INTAKE / DOCKET SECTION
255 EAST TEMPLE STREET, SUITE TS-134
LOS ANGELES, CALIFORNIA
90012

PRIVILEGED
CONFIDENTIAL
LEGAL
MAIL
Per : Calif. Penal Code
§2601 (b)

